UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cv-00409-FDW-DCK

| | |
|---|---|
| DAMON GILLIAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FMA ALLIANCE, LTD., )<br>)<br>Defendant. )<br>)<br>) | ORDER |

THIS MATTER is before the Court on the parties' Joint Motion for Remand (Doc. No. 16). For the reasons stated in the Motion and supporting memorandum (Doc. No. 17) and in light of the consent of all parties, the Court GRANTS the Motion and REMANDS this matter to General Court of Justice, Superior Court Division, Mecklenburg County.

IT IS SO ORDERED.

Signed: March 21, 2022

Frank D. Whitney
United States District Judge

1